**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1187**

In re:  LEETRELL T. MYLES,

                Petitioner.

On Petition for Writ of Mandamus.  (1:05-cv-00192-TSE-TCB)

Submitted:  August 22, 2019               Decided:  September 17, 2019

Before WILKINSON and QUATTLEBAUM, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Leetrell T. Myles, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leetrell T. Myles petitions for a writ of mandamus seeking an order compelling the Director of the Virginia Department of Corrections to provide legal documents related to his 2001 state convictions. We deny the petition.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. U.S. Dist. Court*, 426 U.S. 394, 402 (1976); *United States v. Moussaoui*, 333 F.3d 509, 516-17 (4th Cir. 2003). Mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). This court does not have jurisdiction to grant mandamus relief against state officials. *Gurley v. Super. Ct. of Mecklenburg Cty.*, 411 F.2d 586, 587 (4th Cir. 1969) (per curiam).

Myles seeks an order directing action by a state official, but we do not have jurisdiction to grant relief against state officials. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*